# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

2013-5056

ESTES EXPRESS LINES,

        Plaintiff-Appellant,

v.

UNITED STATES,

        Defendant-Appellee.

.

Appeal from the United States Court of Federal Claims in No. 11-CV-0597, Judge Francis M. Allegra.

Authorized Abbreviated Caption[2]

ESTES EXPRESS LINES v US, 2013-5056

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.